IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN RAY-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 03-0391-BH-D |
| ) | |
| GRANTT CULLIVER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's Complaint be and is hereby **DISMISSED** with prejudice as to all claims except plaintiff's claim against defendant Culliver for damages for mental and emotional injury, which claim is **DISMISSED**, without prejudice, under 42 U.S.C. § 1997e(e).

**DONE** this 13th day of December, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE