**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MELVIN RAY-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 03-0391-BH-D |
| | ) |
| GRANTT CULLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's Complaint be and is hereby **DISMISSED** with prejudice as to all claims, except plaintiff's claim against defendant Culliver for damages for mental and emotional injury, which claim is DISMISSED, without prejudice, under 42 U.S.C. § 1997e(e).

**DONE** this 13th day of December, 2005.

                                                      s/ W. B. Hand
                                         SENIOR DISTRICT JUDGE